UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiff,

-against-

DENNY'S CORPORATION,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2019

19 Civ. 9843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 27, 2019, Defendant requested an extension of time to answer or otherwise respond to the complaint, ECF No. 8, and both parties requested an adjournment of the initial pretrial conference scheduled for January 7, 2020, ECF No. 9. (Although the latter motion was addressed to the Honorable Robert W. Lehrburger, the Court has not referred any aspect of this case to Judge Lerhburger at this time, and so both motions are properly before this Court.)

Defendant's motion for an extension of time to answer is GRANTED in part and DENIED in part. By **January 17, 2020**, Defendant shall answer or otherwise respond to the complaint.

The parties' joint motion to adjourn the initial pretrial conference is GRANTED in part and DENIED in part. The initial pretrial conference scheduled for January 7, 2020, is ADJOURNED to **January 14, 2020**, at **12:00 p.m.** By **January 7, 2020**, the parties shall file their joint letter and proposed case management plan.

The Clerk of Court is directed to terminate the motions at ECF Nos. 8 and 9.

SO ORDERED.

Dated: December 27, 2019
      New York, New York

                                     ANALISA TORRES
                                 United States District Judge