UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

|  | USDC SDNY |
| --- | --- |
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC #: _____ |
|  | DATE FILED: _6/16/2020_ |

                    Plaintiff,

          -against-

DENNY'S CORPORATION,

                    Defendant.

19 Civ. 9843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        Having reviewed the parties' pre-motion letters dated January 17 and 23, 2020, ECF Nos. 17, 18, and Defendant's letter seeking leave to renew its motion to dismiss dated June 15, 2020, ECF No. 26, it is ORDERED that:

1. By **July 22, 2020**, Defendant shall file its motion to dismiss;
2. By **August 19, 2020**, Plaintiff shall file his opposition;
3. By **September 2, 2020**, Defendant shall file any reply.

        Defendant's request to stay this action pending resolution of appeals in other cases raising similar issues is DENIED.

        The Clerk of Court is directed to terminate the motion at ECF No. 26.

        SO ORDERED.

Dated:  June 16, 2020
        New York, New York

_____
             ANALISA TORRES
        United States District Judge