```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/24/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                              Plaintiff,

-against-

DENNY'S CORPORATION,

                              Defendant.

19 Civ. 9843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of the amended complaint filed by Plaintiff on August 11, 2020, ECF No. 31, and the renewed motion to dismiss filed by Defendant on September 1, 2020, ECF No. 32, Defendant's original motion to dismiss, filed on July 22, 2020, ECF No. 28, is DENIED as moot. *See* Individual Practices in Civil Cases Rule III(B)(iv). The renewed motion to dismiss will be decided in due course.

      The Clerk of Court is directed to terminate the motion at ECF No. 28.

      SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                     ANALISA TORRES
                                              United States District Judge