UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020
```

HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                            Plaintiff,

-against-

DENNY'S CORPORATION,

                            Defendant.

19 Civ. 9843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of the outstanding motion to dismiss this action, ECF No. 32, the case management conference scheduled for October 15, 2020 is ADJOURNED *sine die*. If necessary, the Court will set a new case management conference upon resolution of the motion to dismiss. The parties are reminded to consult the Court's Individual Practices in Civil Cases with respect to discovery deadlines and the requirement of pre-motion letters in advance of a motion for summary judgment.

      SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                        ANALISA TORRES
                                                United States District Judge