USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiff,

-against-

DENNY'S CORPORATION,

Defendant.

19 Civ. 9843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In an order dated September 27, 2021, the Court granted Defendant's motion to dismiss all claims in this case and directed Plaintiff to file an amended complaint by October 12, 2021. ECF No. 43. Plaintiff has failed to do so. Accordingly, the Clerk of Court is directed to vacate all conferences and close the case.

SO ORDERED.

Dated: October 20, 2021
New York, New York

ANALISA TORRES
United States District Judge